AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)  ☐ Original  ☐ Duplicate Original

**LODGED**
CLERK, U.S. DISTRICT COURT
**02/15/2022**
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DVE _____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

Central District of California

**FILED**
Feb 16, 2022
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY  *Nancy Boehme*
Deputy Clerk, U.S. District Court

United States of America

v.

FRANCISCO GUILLEN, also known as ("aka")
"Francisco Javier Guillen,"

Defendant(s)

Case No. 8:22-mj-00139-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of <u>January 20, 2022</u> in the county of Orange in the Central District of California, the

defendant(s) violated:

*Offense Description*

8 U.S.C. §§1326(a); (b)(1)

Illegal Alien Found in the United
States Following Deportation or
Removal

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/
*Complainant's signature*

JARED BROMBERG
Deportation Officer, DHS
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:        February 16, 2022

City and state:   Santa Ana, California

**DOUGLAS F. McCORMICK**
*Judge's signature*

Hon. DOUGLAS F. McCORMICK
U.S. Magistrate Judge
*Printed name and title*

AUSA:  Greg Staples  (714) 338-3535

A F F I D A V I T

IN SUPPORT OF COMPLAINT AND ARREST WARRANT

FOR VIOLATION OF 8 U.S.C. § 1326

I, Jared Bromberg, being duly sworn, do hereby depose and say:

1.    I am a Deportation Officer ("DO") with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE").  I have been a DO with ICE, formerly known as the Immigration and Naturalization Service ("INS"), since June 2009.  I am currently assigned to the Los Angeles Enforcement and Removal Operations ("ERO") Unit, Santa Ana office.  Prior to working as a DO with ICE, I worked as an Immigration Enforcement Agent with ICE since February 2007.  Prior to working for ICE, I worked as a Customs and Border Protection Officer with United States Customs and Border Protection ("CBP") since July 2004.  Prior to working for CBP, I worked as an Immigration Inspector for INS since August 2002.

2.    This affidavit is made in support of a complaint and arrest warrant against FRANCISCO GUILLEN, also known as ("aka") "Francisco Javier Guillen" ("GUILLEN"), charging a violation of Title 8, United States Code, Section 1326(a), (b)(1) (Illegal Alien Found in the United States Following Deportation or

1

Removal).  The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from other law enforcement agents and witnesses.  This affidavit is intended to show that there is probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of, or investigation into, this matter.

3.    On or about January 20, 2022, GUILLEN was determined to be at the Orange County Jail in Santa Ana, California, by Deportation Officer H. Carderella ("DO Carderella").  DO Carderella is authorized to enforce immigration laws pursuant to Section 287(a) of the Immigration and Nationality Act.  DO Carderella conducted a preliminary records check of the DHS/ICE database which revealed GUILLEN was amenable to administrative enforcement action.  An Immigration Detainer (Form I-247A) was issued against GUILLEN.  On or about January 24, 2022, GUILLEN was released from the custody of the Orange County Sheriff's Department.

4.    A preliminary records check of the DHS database was conducted which revealed Alien File Number ("A-File") A95 738 515 is assigned to GUILLEN.  An "A-File" is a file in which immigration records are maintained for aliens admitted to or found in the United States.  The A-File usually contains

2

photographs, fingerprints, court records of conviction, and records relating to deportation or other actions by DHS (or INS) with respect to the subject alien for whom the A-File is maintained.  Further records checks revealed that GUILLEN was previously deported to Mexico.

5.    On or about February 8, 2022, I received a certified booking photograph of GUILLEN taken by the Orange County Sheriff's Department upon his January 2022 arrest.

6.    On or about February 9, 2022, I obtained and reviewed a printout of the data from the California Criminal Identification Information ("CII") and the Federal Bureau of Investigation ("FBI") Identification Record for GUILLEN, the individual who is the subject of this affidavit and who was released from the custody of the Orange County Sheriff's Department.  I compared the data on the CII and FBI to that found in the INS Central Index System ("CIS") under the assigned A-File, which I believe is GUILLEN's alien number.  I also compared the data from the CII, FBI, and CIS records to printouts of the CII, FBI, and CIS records contained in the A-File.  I found that the data from the CII, FBI, and CIS records contained in GUILLEN's A-File contain the same Federal Bureau of Investigation identification number that is found in the CII, FBI, and CIS records that I obtained.  In addition, the CII

3

printout I obtained reflects the California state conviction that is described below.  Based on this review, I believe that GUILLEN is the same person who incurred the California state conviction described below and who was ordered deported and/or removed as described in the A-File.

7.    On or about February 9, 2022, I reviewed Alien File Number A95 738 515 ("A-File"), which is maintained for subject alien GUILLEN.  A review of GUILLEN's A-File revealed the following information and documents:

a.    Photographs of the alien subject to whom A-File A95 738 515 corresponds.  I compared these photographs to the booking photograph of GUILLEN obtained from the Orange County Sheriff's Department.  These photographs appear to depict the same person.  Thus, I believe that A-File A95 738 515 and its contents correspond to GUILLEN.

b.    A Record of Deportable/Inadmissible Alien (Form I-213), which indicated that Deportation Officer Bret Nielsen encountered GUILLEN on or about June 19, 2007, at Santa Ana, California.

c.    An Order of the Immigration Judge showing that GUILLEN was ordered removed from the United States to Mexico by Lori R. Bass, Immigration Judge, Los Angeles, California, on or about February 15, 2008.

4

     d.   An executed Warrant of Removal/Deportation indicating that GUILLEN was officially removed and deported from the United States to Mexico on or about January 31, 2012, at the Port of Entry San Ysidro, California.

     e.   A Notice and Order of Expedited Removal showing that GUILLEN was ordered removed from the United States by Robert Van Ness, Branch Chief, on or about May 8, 2012.

     f.   An executed Notice to Alien Ordered Removed/Departure Verification indicating that GUILLEN was officially removed and deported from the United States to Mexico on or about May 10, 2012, at the Port of Entry, San Ysidro, California.

     g.   An executed Warrant of Removal/Deportation indicating that GUILLEN was officially removed and deported from the United States to Mexico on or about December 1, 2017, at the Port of Entry San Ysidro, California.

     h.   I know from my training and experience that a Warrant of Removal, Warrant of Removal/Deportation, or a Notice to Alien Ordered Removed/Departure Verification is executed each time a subject alien is removed and deported from the United States by ICE (and its predecessor agency, INS) and usually contains the subject's photograph, signature, and/or fingerprint.  The executed Warrants of Removal/Deportation and

5

Notice to Alien Ordered Removed/Departure Verification in GUILLEN's A-File contain his photograph, signature, and fingerprint.

      i.   A certified record of conviction indicating that on or about February 23, 2017, GUILLEN was convicted of Evading While Driving Recklessly, in violation of California Vehicle Code Section 2800.2, in the Superior Court of the State of California, County of Orange, Case Number 16CF0478, for which GUILLEN was sentenced to 365 days of imprisonment.

      j.   A record of conviction indicating that on or about November 9, 2017, GUILLEN was convicted of Illegal Alien Found in the United States Following Deportation, in violation of Title 8, United States Code, Section 1326(a), in the United States District Court for the Central District of California, Case number SA CR17-00127 JAK, for which GUILLEN was sentenced to three months of imprisonment.

    8.   I found nothing in GUILLEN's A-File that indicated that he had applied to the United States Attorney General or his designated successor, the Secretary of Homeland Security, for permission to re-enter the United States following deportation and removal.  Based upon my knowledge, training, and experience, I believe that if any application had been made, a record would ordinarily be located in the A-File.

6

9.    On or about February 9, 2022, I reviewed the DHS
computer indices on GUILLEN.  Based on my training and
experience, I know that the DHS computer indices track and
document each time an alien is deported from the United States
by ICE (or INS) or is granted permission to enter or re-enter
the United States.  The DHS computer indices confirmed that
GUILLEN had been removed and deported on or about the dates
indicated on the Warrants of Removal/Deportation and Notice to
Alien Ordered Removed/Departure Verification found in GUILLEN's
A-File.  The DHS computer indices further indicated that GUILLEN
had not obtained permission from the Attorney General or his
designated successor, the Secretary of Homeland Security, to
re-enter the United States legally since GUILLEN had last been
deported.

10.    Based on my review of the contents of A-File A95 738
515, I believe that GUILLEN is an alien, that he is a citizen of
Mexico who illegally re-entered the United States without
permission.

11.    Based upon the information indicated above, including
the Order of the Immigration Judge, the Notice and Order of
Expedited Removal, Warrants of Removal/Deportation, Notice to
Alien Ordered Removed/Departure Verification, copies of
conviction documents, a booking photograph taken in the United

7

States after the date of removal, and the absence of an application to re-enter the United States, I have probable cause to believe that FRANCISCO GUILLEN is in violation of Title 8, United States Code, Section 1326(a), (b)(1) (Illegal Alien Found in the United States Following Deportation or Removal).

_____/s/_____
Jared Bromberg, Deportation Officer
U.S. Immigration & Customs Enforcement

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 16th day of February, 2022.

**DOUGLAS F. McCORMICK**
_____
HONORABLE DOUGLAS F. McCORMICK
UNITED STATES MAGISTRATE JUDGE

8